DATE OF ARREST: September 11, 2017

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, | ) Magistrate Case No. 17-1705 MJ |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| V. | ) |
| Arturo HERNANDEZ-Magana | ) COUNT I |
| A070 114 740 | ) Title 8, United States Code, Section 1326 (a) |
| DOB: 1965 | ) enhanced by (b) (1) |
| Citizen of Mexico | ) Re-entry After Removal by Willfully |
| | ) Attempting to Elude Examination or Inspection |
| Defendant | ) (Felony) |

The undersigned complainant being duly sworn states:

## COUNT I

That on or about September 11, 2017, defendant Arturo HERNANDEZ-Magana, an alien, attempted to enter the United States by attempting to elude examination or inspection, at or near San Luis, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States to Mexico through Nogales, Arizona on or about December 28, 2001 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto: in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1), a Felony.

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Josh Kolsrud

Signature of Complainant

Leslie Orduño
Enforcement Officer

Sworn to before me and subscribed in my presence,

_____September 13, 2017_____ at _____Yuma, Arizona_____
Date                                                         City and State

_____James F. Metcalf, U.S. Magistrate Judge_____   _____
Name & Title of Judicial Officer                                   Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA

V.

Arturo HERNANDEZ-Magana
A070 114 740
DOB: 1965
Citizen of Mexico

**CRIMINAL RECORD:** FBI# 198882XA4

| | |
|---|---|
| 10/04/99 | USDC of Arizona. 8 USC §1326(b)(2) (F), Convicted, 34 months jail, 3 years SR. |
| 06/12/97 | Circuit Court of Oregon, Multnomah County, Delivery of a Controlled Substance II (F), Convicted, 36 months probation and 180/90 sanction units/jail days in a correctional facility. |
| 08/14/96 | Circuit Court of Oregon, Multnomah County, Possession Controlled Substance II (M), Convicted, 18 months probation and 7.5 non-jail sanction units of ACS. |
| 01/14/95 | USDC of Arizona, 8 USC §1325 (M), Convicted, 20 days jail. |

**IMMIGRATION RECORD:**

| | |
|---|---|
| 12/28/01 | Removed through Nogales, AZ. |
| 08/25/97 | Removed through Nogales, AZ. |

**SYNOPSIS:**

The complainant states that this complaint is based upon the statements of the apprehending officers that, Arturo HERNANDEZ-Magana attempted to enter the United States by attempting to elude examination or inspection on or about September 11, 2017, at the San Luis, Arizona Port of Entry. Questioning revealed that HERNANDEZ is a citizen of Mexico, and was not in possession of valid documents allowing him to enter or remain in the United States.

The primary officer noticed that Arturo HERNANDEZ-Magana was walking pass the officers attempting to elude examination by continuing walking through the vehicle lanes into the United States. The officer stopped HERNANDEZ and asked him where he was going and he responded he wanted to go to the other side because he was unable to jump the fence. Hernandez was apprehended and escorted to secondary inspection.

UNITED STATES OF AMERICA

V.

Arturo HERNANDEZ-Magana
A070 114 740
DOB: 1965
Citizen of Mexico

HERNANDEZ was advised of his Miranda Rights, per form I-214, which he acknowledged and waived his right to remain silent and to have legal counsel present. In a sworn statement, Arturo HERNANDEZ-Magana stated that he is a citizen of Mexico with no legal documents that allow him to enter, work, or reside in the United States. HERNANDEZ admitted he attempted to enter the United States in order to travel to Salem, Oregon to seek employment.

Record checks (NCIC, DACS, CIS, IDENT/IAFIS, and ENFORCE) confirmed that HERNANDEZ has been removed from the United States and has criminal convictions. Fingerprints submitted to the FBI confirmed his identity and criminal history. HERNANDEZ is a citizen of Mexico with no current or pending immigration benefits that allow him to enter, work, or reside in the United States.

Signature of Complainant

Leslie Orduño
Enforcement Officer

Sworn to before me and subscribed in my presence,

September 13, 2017 at Yuma, Arizona
Date                                        City and State

James F. Metcalf, U.S. Magistrate Judge
Name & Title of Judicial Officer            Signature of Judicial Officer

-3-